**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Earl Ken BUCHANAN, also known
as Earl Scroggins, Defendant–
Appellant.**

**No. 09–30171
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 18, 2009.

Cristina Walker, Assistant U.S. Attorney, U.S. Attorney's Office, Western Dis-

trict of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Earl Ken Buchanan, Pollock, LA, Pro Se.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Earl Ken Buchanan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Buchanan has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.